FILED
 2014 Mar-12  AM 11:51
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| SLEP-TONE ENTERTAINMENT CORPORATION, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>MIKE SHELL, et al., )<br>)<br>Defendants ) | Case No. 2:11-cv-03409-HGD |

## MEMORANDUM OPINION

On February 14, 2014, the magistrate judge's report and recommendation was entered with respect to the Motions to Dismiss, or in the Alternative, Motions for Summary Judgment filed by defendants Andrew Bates and Lynn Bates, and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. No objections to the magistrate judge's report and recommendation have been filed by plaintiff or defendants Andrew Bates or Lynn Bates.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge.

It is, therefore, ORDERED, ADJUDGED and DECREED that the Motion to Dismiss, or in the Alternative, for Summary Judgment of Andrew Bates (doc. 48) is DENIED because of the existence of genuine issues of material fact. It is further ORDERED, ADJUDGED and DECREED that the Motion to Dismiss, or in the Alternative, for Summary Judgment of Lynn Bates (doc. 49) is DENIED WITHOUT PREJUDICE because further discovery is needed before plaintiff may respond fully to any motion for summary judgment by Lynn Bates.

  Done this <u>12th</u> day of <u>March 2014</u>.

                _____
                L. SCOTT COOGLER
                UNITED STATES DISTRICT JUDGE

[160704]

.